```
WICKWIRE GAVIN LLP
ROBERT H. SHAFFER, JR. – SBN 155182
725 South Figueroa Street
38th Floor
Los Angeles, CA 90017
Tel.: (213) 688-9500
Fax: (213) 627-6342

Attorneys for Plaintiff, FUJIAN PACIFIC
ELECTRIC COMPANY LIMITED


THELEN REID & PRIEST LLP
DAVID BUONCRISTIANI – SBN 050217
KENT W. LINDSAY – SBN 120833
CLARK T. THIEL – SBN 190212
101 Second Street, Suite 1800
San Francisco, CA 94105-3606
Tel.: (415) 371-1200
Fax: (415) 371-1211

Attorneys for Defendant,
BECHTEL POWER CORPORATION
```

**FILED**
APR 2 1 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUJIAN PACIFIC ELECTRIC COMPANY LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>BECHTEL POWER CORPORATION,<br><br>Defendant. | Case No.: C 04-3126 MHP<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff, Fujian Pacific Electric Company Limited, and Defendant, Bechtel Power Corporation, by counsel, hereby stipulate to the dismissal *with prejudice* of the above-captioned action. Each party shall bear its own costs and expenses with respect to this action.

- 1 -
STIPULATION OF DISMISSAL WITH PREJUDICE  E-filing

1

2  Dated: April 11, 2005                     WICKWIRE GAVIN, LLP

3

4                                        By: _____
                                             Robert H. Shaffer, Jr.
5                                            Attorneys for FUJIAN PACIFIC
                                             ELECTRIC COMPANY LIMITED.
6

7                                            Of Counsel:

8                                            Michael C. Loulakis, Esq.
                                             Jeffrey G. Gilmore, Esq.
9                                            Simon J. Santiago, Esq.
                                             WICKWIRE GAVIN, P.C.
10                                           8100 Boone Boulevard
                                             Suite 700
11                                           Vienna, Virginia   22182

12

13  Dated: April 15, 2005                    THELEN REID & PRIEST LLP

14

15                                       By: _____
                                             David Buoncristiani
16                                           Kent W. Lindsay
                                             Clark T. Thiel
17                                           Attorneys for BECHTEL POWER
                                             CORPORATION

18

19

20

21

22                    April 20, 2005         IT IS SO ORDERED

23                                           _____
                                             U.S. DISTRICT JUDGE
24

25

26

27

28

- 2 -

**STIPULATION OF DISMISSAL WITH PREJUDICE**